1  ANDREW HADEN
   Acting United States Attorney
2  MELANIE K. PIERSON
   Assistant United States Attorney
3  California Bar No. 112520
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-7976
   Email: Melanie.Pierson@usdoj.gov

6

7  TODD KIM
   Assistant Attorney General
8  STEPHEN DA PONTE
   Trial Attorney
9  Florida Bar No. 58454
   150 M Street, N.E.
10 Washington, D.C. 20002
   Telephone: (202) 305-2729
11 Email: Stephen.DaPonte@usdoj.gov
   Attorneys for United States of America

12

13                 **UNITED STATES DISTRICT COURT**

14                 **SOUTHERN DISTRICT OF CALIFORNIA**

15 UNITED STATES OF AMERICA,              Case No. 3:23-cr-01661-JO

16          Plaintiff,
17      v.                                Government's Rap Sheet
                                          Summary Chart
18 CONSTANCIO ESTUYE,

19          Defendant.

20      COMES NOW the plaintiff, United States of America, by and through

21 its counsel, Andrew R. Haden, Acting United States Attorney, and Melanie

22 K. Pierson, Assistant U.S. Attorney, and hereby files the Government's

23 Rap Sheet Summary Chart, based on the files and records of the case.

24

25 DATED: September 13, 2023            ANDREW R. HADEN
                                        Acting United States Attorney
26

27                                      *Melanie K Pierson*

28                                      MELANIE K. PIERSON
                                        Assistant U.S. Attorney

# USAO INTAKE INFORMATION RAP SHEET

First: Constancio     Mid._____     Last: Estuye     -_____

Case No. 3:23-cr-1661

## RAP SHEET SUMMARY CHART

| Add Row | | | | |
|---|---|---|---|---|
| **Conviction Date** | **Conviction Court** | **Charge** | **Prison Term** | **Points** |
| | | | | 0 |
| | | ON PAROLE/PROBATION | | N/A |
| | | TOTAL POINTS | | 0 |
| | | CRIMINAL HISTORY CATEGORY | | I |
| | | | | |
| | | DEPORTATIONS | | 0 |
| | | DATE OF MOST RECENT DEPORTATION | | N/A |